UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JANE DOE and JANE DOE'S FATHER,

    Plaintiffs,

v.                                 Case No:   6:18-cv-1114-Orl-41TBS

THE SCHOOL BOARD OF BREVARD
COUNTY and ANDREW BAYARD,

    Defendants.

## ORDER

Plaintiffs' Motion to Proceed Anonymously (Doc. 3), is **DENIED without prejudice** because it does not comply with Local Rules 3.01(a) and (g).

**DONE** and **ORDERED** in Orlando, Florida on July 23, 2018.

*[Signature]*
THOMAS B. SMITH
United States Magistrate Judge

Copies furnished to:

    Counsel of Record
    Unrepresented Parties