UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**JANE DOE and JANE DOE'S FATHER,**

    **Plaintiffs,**

**v.**                                                               Case No:  6:18-cv-1114-Orl-41TBS

**THE SCHOOL BOARD OF BREVARD**
**COUNTY and ANDREW BAYARD,**

    **Defendants.**
_____/

## ORDER

THIS CAUSE is before the Court on Plaintiffs' Motion for Approval of Minor's Settlement (Doc. 23). United States Magistrate Judge Thomas B. Smith issued a Report and Recommendation (Doc. 27), recommending that the Motion be granted. The parties filed Notices of No Objection (Doc. Nos. 28, 29).

After a *de novo* review, the Court agrees with the analysis set forth in the Report and Recommendation. Therefore, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 27) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Plaintiffs' Motion for Approval of Minor's Settlement (Doc. 23) is **GRANTED**.

3. Jane Doe's father is **APPOINTED** as Jane Doe's guardian to execute the release of the School Board of Brevard County and any other necessary settlement documents on behalf of Jane Doe.

4. **On or before April 23, 2019**, Plaintiffs shall advise the Court of their intent to continue litigating their claims against Andrew Bayard. Failure to do so may result in the dismissal of this case without further notice.

**DONE** and **ORDERED** in Orlando, Florida on April 9, 2019.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record